THE MCDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-944, such persons being presently unknown participants and members of a joint enterprise, and SWARM # 4234C, a joint enterprise,<br><br>   Defendants. | Civ. Action No. 2:12-cv-3868(FSH)(PS)<br><br>NOTICE OF MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY PRIOR TO THE RULE 26 CONFERENCE |

**PLEASE TAKE NOTICE** that the Plaintiff, **CENTURY MEDIA, LTD.**, will move before this Court on August 6, 2012 at 9:00 A.M., or as soon as counsel may be heard, for an Order permitting expedited discovery prior to the Rule 26 Conference.

**TAKE FURTHER NOTICE** that in support thereof Plaintiff shall rely on the within Declaration of David Farris, Declaration of Jay R. McDaniel, Esq. and Memorandum of Law.

**TAKE FURTHER NOTICE** that oral argument is not requested.

DATED:  July 13, 2012        THE MCDANIEL LAW FIRM, PC

                    By:  _____
                         Jay R. McDaniel, Esq.
                         *Attorneys for Plaintiff*