The following letter is regarding the case:

*Century Media, Ltd. v. John Does 1-944*
United States District Court for the District of New Jersey
Docket No.: 2:12-cv-03868
Order Entered: July 18, 2012
Comcast File #: 389657

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 SEP 21  PM 2 31

Benjamin Standish  
82 South Maple Street #43  
Westfield, MA 01085

September 19, 2012

To Whom It May Concern:

    I received the packet of information that explained *Century Media, Ltd.* is trying to subpoena Comcast for my name and information. It is claimed that I had downloaded or uploaded a movie using Comcast services; a claim that is absolutely false. In place of hiring an attorney due to lack of funds, I am writing this letter on my own behalf to state my innocence.

    This claim says that a movie was download/uploaded back in March under my IP address. The only way I can explain this is that my network was not protected back in March. My router did not have a secure password, nor was there any type of security to protect my IP address from being used by anyone who could get a hold of it. Upon further review using the program Network Magic, I realized many other people had indeed been using my IP address without my permission. Upon this realization, I immediately created a password for my router to make sure my network was secure, and in the hopes of preventing this kind of issue. After receiving your legal documents, I contacted the Comcast Legal Response Team. I asked the representative if it was possible that someone stole my IP address, and would have been able to commit the alleged crime prior to me securing the network, and his simple response was, "absolutely".

    I would like it stated for the record, I have never downloaded or uploaded a movie in my home, nor has anyone whom I have allowed to use my network. I pay a lot of money for different cable and video providers. Illegally downloading a movie in my home is irrelevant for me since I already have legal access to many movies. I believe that someone back in March, who stole my IP address, committed this crime. Your evidence proves this theory because in Exhibit A of the subpoena, my IP address was highlighted under the town of South Hadley, MA. I do not even live in South Hadley, nor have I ever.

    I have never downloaded or uploaded a movie illegally in my home, and am innocent in this matter. Furthermore, I request that my name and information remains confidential and is **NOT** to be released to *Century Media, Ltd.* in The District Court of New Jersey.

Sincerely,

*Benjamin Standish*

Benjamin Standish

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 SEP 21 PM 2 31

Benjamin Standish
8 South Maple Street
Unit 43
Westfield, MA 01085

U.S. District Court of New Jersey
50 Walnut Street
Newark, NJ 07101
Room 4015

HARTFORD CT 061
19 SEP 2012 PM 4 L

Equality
FOREVER
2012

0710235599