John Doe

IP address 71.235.189.76

In the matter of

Century Media LTD.,

    Plaintiff,

V.

John Does 1-944, such persons being presently unknown participants and members of a joint enterprise, and

SWARM#4234C, a joint enterprise,

    Defendants,

2012 SEP 28 PM 2 48

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

To:    United States District Court for the District of New Jersey

    Newark

    Civ. Act. No. 2:12-cv-03868(FSH)(PS)

    50 Walnut St. Room 4015

    Newark, NJ 07101

MOTION TO QUASH SUBPOENA DOCUMENTS, INFORMATION OR OBJECTS

On January 31, 2012 at 7:07PM GMT, I allegedly infringed on Century Media LTD.'s copyrights on the internet by uploading or downloading music or a movie without permission. This was allegedly done using a device assigned the IP address 71.235.189.76. The court has ordered Comcast to

supply my name, address and other information to Century Media, LTD. I am motioning that this subpoena be quashed.

    First and foremost, no such uploading or downloading occurred on the date and time listed above. I don't know how to download music and or movies from anything other than ITunes, in which I pay for the music/movies and then download it. After doing a thorough search of my computer, I discovered that no downloading or uploading occurred.

    Second, I was at work on the day and time listed above. I have no access to my IP address from my place of employment. My computer is a desktop, which cannot be brought back and forth between work and home. My home is over 10 miles away from my place of employment. There is no way for me to access my wireless internet from such a great distance away.

    Third, I can support that I was at work on the day and time in question with an affidavit from my employer.

    Fourth, I am a NH resident and this motion would require me to travel far more than 100 miles from where I reside, am employed and regularly transact business in person.

    I hope that you will consider my motion to quash. I will contact the court in two weeks about this matter.

                                    Sincerely yours,

*John Doe*
IP Address: 71.235.189.76

                                    John Doe

                              IP address 71.235.189.76

Case 2:12-cv-03868-FSH-PS Document 70 Filed 09/28/12 Page 3 of 3 PageID: 293



EXPRESS MAIL — Flat Rate Mailing Envelope — For Domestic and International Use

U.S. POSTAGE PAID
HANOVER, NH 03755
SEP 26, 12
AMOUNT
$18.95
0001138 7-06

FROM:
Defs
10 Reservoir Rd
Hanover, NH 03755

TO:
Clerks Office
50 Walnut St
Room 4015
Newark, NJ 07101