**EXHIBIT A**

# Comcast.

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

August 31, 2012

*Personal and Confidential*

*Via UPS Delivery*

Re:  *Century Media, Ltd. v. John Does 1-944*
United States District Court for the District of New Jersey
Docket No.: 2:12-cv-03868
Order Entered: July 18, 2012
Comcast File #: 389720

Century Media, Ltd. has filed a federal lawsuit in the United States District Court for the District of New Jersey. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing Century Media, Ltd.'s copyrights on the Internet by uploading or downloading a movie without permission.  This was allegedly done using a device assigned the IP address 98.224.45.220 on 02/19/2012 01:35 AM GMT. The court has ordered Comcast to supply your name, address and other information to Century Media, Ltd. in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 2:12-cv-03868 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file something with the District of New Jersey such as a motion to quash or vacate the Subpoena <u>no later than October 1, 2012</u>.  Should you choose to contest the release of your information by filing legal process with the court, it must be filed in the same court where the lawsuit is filed.  If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to **(866) 947-5587** <u>no later than October 1, 2012</u>.  **Please note that Comcast cannot accept or file any legal action on your behalf**. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff on the next business day after October 1, 2012.

If you have legal questions about this matter, please contact an attorney.

Sincerely yours,

Comcast Legal Response Center

Attachments:   Copy of Court Order and accompanying Subpoena regarding civil action

**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the matter of<br><br>CENTURY MEDIA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944, such persons being presently unknown participants and members of a joint enterprise, and SWARM # 4234C, a joint enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civ. Action. No. 2:12-cv-03868(FSH)(PS)<br><br>**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS** |

TO:   **Comcast Business Communications**
650 Centerton Road
Moorestown, New Jersey 08057

**YOU ARE COMMANDED** to produce to The McDaniel Law Firm, PC, 54 Main Street, Hackensack, New Jersey 07601, the names and physical addresses only of the Internet account owners identified by the Internet Protocol addresses and date and time of use listed in the schedule attached hereto as **Exhibit A**.

The production shall be conducted according to the terms of the Order attached hereto as **Exhibit B**.

The provisions of Fed. R. Civ. P. 45(c), relating to your production as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

DATED:  August 16, 2012

THE McDANIEL LAW FIRM, P.C.

By:  *Bonnie C. Park*

Bonnie C. Park, Esq.
*Attorneys for Plaintiff*

Schedule B

| Doe No. | IP Address | Date | Time (UTC) | File Name | St | Internet Service Provider | File Hash | City | GUID | Torrent Client |
|---|---|---|---|---|---|---|---|---|---|---|
| 813 | 98.220.154.21 | 2012.03.17 | 1:10:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | IN | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Richmond | 2D5564333130302D2F6B6B98B6D5E5E8272736DFA84 | uTorrent 3.1.0 |
| 814 | 98.221.241.18 | 2012.03.30 | 3:23:00 PM | Lacuna Coil - Dark Adrenaline (2012) 320k | IN | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Elkhart | 3354552D-3130-2D30-C067-C8AAD71823A | uTorrent 3.0.1.0 |
| 815 | 98.221.228.24 | 2012.03.03 | 4:45:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | NJ | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Flemington | 2D5564333133202D8568750DD97C857537TE749A2 | uTorrent 3.1.2 |
| 816 | 98.223.83.123 | 2012.02.08 | 11:13:00 PM | Lacuna Coil - Dark Adrenaline (2012) 320k | IL | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Chicago Ridge | 345A412D-3035-2D34-784E-32357252T446 | Azureus 4.5.0.4 |
| 817 | 98.223.80.203 | 2012.02.01 | 6:55:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | IL | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Bloomington | 3254452D-3132-2D30-2A62-4E6530BFB2C0C | uTorrent 2.2.1.0 |
| 818 | 98.224.45.220 | 2012.02.19 | 2:36:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | FL | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Atlantic Beach | 3114D562D-3135-2D33-0468-2573893067631 | BitTorrent |
| 819 | 98.227.248.18 | 2012.03.28 | 4:56:00 PM | Lacuna Coil - Dark Adrenaline (2012) 320k | IN | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | East Chicago | 3354552D-3030-2D30-5364-CACA2DE80CEB | BitTorrent (7t) |
| 820 | 98.228.145.21 | 2012.02.04 | 8:53:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | IN | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Griffith | 3174372D-3030-2D35-3730-38385B8313530 | BitTorrent (7t) |
| 821 | 98.230.194.93 | 2012.02.04 | 11:57:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | NM | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Albuquerque | 345A412D-3037-2D32-4F7A-47467T6F7438 | Azureus 4.7.0.2 |
| 822 | 98.232.91.73 | 2012.04.03 | 1:41:00 PM | Lacuna Coil - Dark Adrenaline (2012) 320k | WA | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Mount Vernon | 345A412D-3035-2D34-7266-53533677447A | Azureus 4.5.0.4 |
| 823 | 98.234.40.88 | 2012.02.17 | 7:43:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | CA | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Pacific Grove | 2D54523234323302D7662DD868770327A6D303876 | Transmission 2.42 |
| 824 | 98.235.1.20 | 2012.02.02 | 10:42:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | PA | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | East Berlin | 3354552D-2030-2D30-8967-7AC8C3E69482 | uTorrent 3.0.0.0 |
| 825 | 98.235.170.12 | 2012.02.16 | 5:56:00 PM | Lacuna Coil - Dark Adrenaline (2012) 320k | PA | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Phillipsburg | 2D4165A4355303442D34585753687477EC37686683 | Azureus 4.5.0.4 |
| 826 | 98.235.21.62 | 2012.03.01 | 7:22:00 AM | Lacuna Coil - Dark Adrenaline (2012) 320k | PA | Comcast Cable | 4234C9DAE0977611811E8C4974259811E47C2DDD7 | Gettysburg | 345A412D-3035-2D34-6939-814B5449574E | Azureus 4.5.0.4 |

TorrentLitigation.com



fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx** Express *US Airbill*

**NEW Package**

00158
00200

0215

Extremely Urgent

**Recipient's Copy**

RECIPIENT: PEEL HERE

**1 From** This portion can be removed for Recipient's records.

Date 12/11/12

Sender's Name John Doe USA

Company TOM NEHL TRUCK COMPANY

Address 417 EDGEWOOD AVE S

City JACKSONVILLE    State FL    ZIP 32254-3727

Phone 904-389-0606

FedEx Tracking Number 8768 8867 3728

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name Clerk of Court

Company New Jersey District Court

Address PO Point + Street

Phone 973

Address PO Box 419

City Newark    State NJ    ZIP 07101

HOLD Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

HOLD Saturday
FedEx location address REQUIRED. Available only for FedEx Priority Overnight and FedEx 2Day to select locations.

048270958

**4 Express Package Service** *To most locations.*
NOTE: Service order has changed. Please select carefully.

☒ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.

**NEW FedEx 2Day A.M.**
Second business morning.* Saturday Delivery NOT available.

FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☒ FedEx Envelope*   FedEx Pak*   FedEx Box   FedEx Tube   Other

**6 Special Handling and Delivery Signature Options**
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

SATURDAY Delivery
NOT available for FedEx First Overnight, FedEx 2Day A.M., or FedEx Express Saver.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No   Yes As per attached Shipper's Declaration not required   Yes Shipper's Declaration not required   Dry Ice Dry Ice, 9, UN 1845 ___ kg   Cargo Aircraft Only

No Signature Required
Package may be left without obtaining a signature for delivery.

Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**7 Payment** *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

Sender Acct. No. in Section 1.   Recipient   Third Party   Credit Card   Cash/Check

Total Packages   Total Weight ___ lbs.

Credit Card Auth.

Rev. Date 11/10 • Part #157334 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRS

8768 8867 3728

611