## CERTIFICATE OF SERVICE

I hereby certify that on 9/28/2012, I served a copy of the foregoing document via US Mail on:

Jay McDaniel
The McDaniel Law Firm, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff*

and via Facsimile on Comcast Cable Communications, LLC:

NE&TO
650 Centerton Road
Moorestown, NJ 08057
Telephone: (866) 947-8572
Facsimile: (866) 947-5587

Dated: September 28th, 2012

*John Doe* (signature)
John Doe 818
Pro se