Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com
Local Counsel for ISP Subscriber (IP Address 24.23.36.165)


Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email:  nick@ranallolawoffice.com
Attorney for ISP Subscriber (IP Address: 24.23.36.165)
(PHV Applicant)


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br><br>        Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE** |

## APPLICATION FOR ADMISSION PRO HAC VICE

Peter C. Dee, a member in good standing of the Bar of the State of New Jersey and

admitted to practice before the United States District Court for the District of New Jersey,

and partner in the law firm of Mavronicolas, Mueller, & Dee, LLP, hereby applies to the

Court for an Order permitting Nicholas Ranallo, Attorney at Law to practice pro hac vice

before the United States District Court for the District of New Jersey on behalf of the ISP subscriber at IP address 24.23.36.165.  In support of this application, the undersigned shall rely on Certifications by Peter C. Dee, and Nicholas Ranallo.  A proposed order has been simultaneously submitted.

October 1, 2012

Respectfully Submitted,

MAVRONICOLAS, MUELLER, & DEE, LLP.

/s/ Peter C. Dee

Peter C. Dee
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com