Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com
Local Counsel for ISP Subscriber (IP Address 24.23.36.165)

Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Applicant for Admission Pro Hac Vice
Attorney for ISP Subscriber (IP Address: 24.23.36.165)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br><br>      Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

## CERTIFICATION OF PETER DEE

**Peter C. Dee,** an adult over the age of 18, hereby certifies as follows:

1.   I am an attorney duly admitted and currently in good standing to practice law in the States of New York and New Jersey.  I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other

jurisdiction. I am also a member of the bar of the District Court for the District of New Jersey, and the Eastern and Southern Districts of New York.

2. My office is located at 950 Third Avenue, 10th Floor, New York, New York, 10022.

3. I submit this Certification in support of the application by the ISP subscriber associated with IP address 24.23.36.165 in the above-noted action for the admission, *pro hac vice* of Nicholas Ranallo, Attorney at Law, (371 Dogwood Way, Boulder Creek, CA, 95006) to appear in this action as co-counsel for the subscriber.

4. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Mavronicolas, Mueller, & Dee, LLP. Further, I agree to promptly notify Mr. Ranallo of the receipt of any notices, orders, pleadings, or other information related to this matter.

5. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*. I shall ensure that Mr. Ranallo complies with L. Civ. R. 101.1(c).

6. I likewise understand that I shall be present before the Court during all phases of this proceeding, unless expressly excused by this court;

7. I have requested the consent of Plaintiff's counsel for the instant application via

      telephone and email, though I received no reply.

8.      On behalf of the ISP subscriber, I respectfully request that the Court grant the application to have Nicholas Ranallo, Attorney at Law, admitted *pro hac vice* to appear and participate in the instant matter pursuant to Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

EXECUTED this 1st day of October, 2012

      Mavronicolas, Mueller, & Dee, LLP

      /s/ Peter C. Dee

      Peter C. Dee
      950 Third Avenue, 10th Floor
      New York, New York 10022
      (T) 646.770.0024
      (F) 866.774.9005
      pdee@mavrolaw.com