Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com
Local Counsel for ISP Subscriber (IP Address 24.23.36.165)

Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Applicant for Admission Pro Hac Vice
Attorney for ISP Subscriber (IP Address 24.23.36.165)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br>    Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

### CERTIFICATION OF NICHOLAS RANALLO

**Nicholas Ranallo,** an adult over the age of 18, hereby certifies as follows:

1. I am an attorney duly admitted and currently in good standing to practice law in the States of New York and California.  My office is located at 371 Dogwood

Way, Boulder Creek, CA 95006. I can be reached via telephone at (831) 703-4011 and via email to nick@ranallolawoffice.com.

2. I am also admitted before the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California.

3. I submit this Certification in support of the application by the ISP subscriber associated with IP address 24.23.36.165, to permit me to appear and participate, *pro hac vice*, as counsel in the instant matter.

4. I have dealt with a number of mass "John Doe" BitTorrent cases and am familiar with the facts and circumstances of the instant matter.

5. I am associated in this matter with local counsel Peter C. Dee, a partner at Mavronicolas, Mueller, & Dee, LLP, who is authorized to practice law in New Jersey and is a member in good standing of the bar of this court.

6. Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court for the District of New Jersey, if such payment has not already been made.

7. Upon being admitted to appear and participate in this matter, *pro hac vice,* I shall also promptly make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28.

8. I understand that, upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action of this court and the New Jersey State Bar in all respects as though I were regularly admitted to the state bar and in good standing. I agree to notify the Court of the institution of any disciplinary proceedings against

me or any other matter affecting my standing at the bar of any other court.

9. In view of the foregoing, it is respectfully requested that the court grant the instant application to have me admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1 (c) and agree that I will abide by the rule.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

EXECUTED this 1st day of October, 2012

Nicholas Ranallo, Attorney at Law

Nicholas Ranallo
371 Dogwood Way
Boulder Creek, CA 95006
(T) (831) 703-4011
(F) (831) 533-5073
nick@ranallolawoffice.com