Peter C. Dee
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com

*Pro Hac Vice* application filed for:

Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for ISP Subscriber (IP Address: 24.23.36.165)
(PHV Applicant)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br>     Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |

THIS MATTER having been brought before the Court by Peter C. Dee, local counsel for the ISP subscriber associated with IP address 24.23.36.165, for an order allowing Nicholas Ranallo, Attorney at Law, to appear and participate *pro hac vice;* and the Court having considered the moving papers; and for good cause shown pursuant to Local Rule 101 1(c);

THIS ____ DAY OF _____, 2012, It is hereby

**ORDERED** that Nicholas Ranallo, Attorney at Law, a member of the Bar of the Supreme Courts for the States of New York and California, as well as a member of the Bar for the District Courts of Northern, Southern, Eastern, & Central California, shall be permitted to appear *pro hac vice* in the above captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101 1(c), provided, however, that all pleadings, briefs, and other papers filed with the court shall be signed by Peter C. Dee, a member of the New Jersey Bar in good standing.  Mr. Dee shall be held responsible for said papers and the conduct of this case, and shall be present before the Court during all phases of this proceeding, unless expressly excused by this court; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101 1(c)(2), Nicholas Ranallo shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within 45 days from the date of entry of this order; and it is further

**ORDERED** that, pursuant to Local Civ. R. 101.1(c)(3), Nicholas Ranallo shall

make payment of $150.00, payable to the Clerk of United States District court, within 30 days of entry of this order, if such amount has not previously been paid; and it is further

       **ORDERED** that Nicholas Ranallo shall be bound by the General Rules of the United States District Court for the District of New Jersey, including those rules on Judicial Ethics and Attorney Discipline.


IT IS SO ORDERED

_____

Magistrate Judge Patty Shwartz