## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2012, I caused the following to be electronically filed, on behalf of John Doe #213, with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system:

i) Application for Admission Pro Hac Vice, together with the Declaration of Peter C. Dee, Declaration of Nicholas Ranallo, and Proposed Order, and

ii) Notice of Motion and Motion to Quash, Sever, & Dismiss or Enter Protective Order, together with the Declaration of John Doe #213, Memorandum of Law, and Proposed Order.

                                                                s/ Peter C. Dee
                                                                 Peter C. Dee