**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff Century Media, Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>  Plaintiff,<br><br>  v.<br><br>SWARM # 4234C, a joint enterprise, and JOHN DOES 1-X, such persons being presently unknown participants and members of the joint enterprise,<br><br>  Defendants. | Civ. Action. No. 2:12-cv-3868 (FSH)(PS)<br><br>**CERTIFICATE OF SERVICE** |

**JAY R. McDANIEL, ESQ.**, of due age, certifies as follows:

1. I am not a party to the above action.

2. On this date, I caused to be electronically filed the within Letter Memorandum of Law, Declaration of Jay R. McDaniel, Esq., and Certificate of Service as to the motion filed in **ECF Document # 9**.

3. I caused these documents to be uploaded. As the Movant has failed to provide an accurate return mailing address, these documents could not be served.

1

## CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: October 1, 2012                                  **THE MCDANIEL LAW FIRM, P.C.**

By: _____
Jay R. McDaniel, Esq.
*Attorneys for Century Media, Ltd.*