Georgie Canyon
4303 Kenwood Drive
Woodbridge, VA 22193

September 25, 2012

The McDaniel Law Firm, PC
54 Main Street
Hackensack, New Jersey 07601

RE: Century Media, Ltd. V. John does 1-944
United States District Court for the District of New Jersey
Docket No.: 2:12-cv-03868
Comcast File #: 389681

Century Media Ltd./Plaintiff
v.
Swarm 4234c, et al./Defendant

Civil Action No. 12-3868 (FSH)
Order

To whom it may concern at The McDaniel Law Firm:

I have been served the information regarding the Illegal Infringement regarding Century Media as the Plaintiff and myself as the Defendant.

I formally request that the court quash and dismiss any further proceedings against me. I formally declare that I have never infringed on or illegally completed a down load from Century Media or any other entertainment company. I cannot afford to retain legal representation and this is my defense.

I do not have a permanent IP Address as indicated in the claim against me. My IP Address is not a Static IP Address and as I have learned is available to anyone who can break into the encryption of the IP Address and use whatever IP Address is assigned to me at the time. On many occasions my router must be re-started therefore changing my IP Address. My router has never been protected and I was not aware that I needed to protect my router and the IP Address. This however will change for the future.

The IP Address noted in Exhibit A shows an address of Dumfries Virginia. My residence and router is located in Woodbridge Virginia.

Very respectfully,

Georgie F. Canyon

*[handwritten annotation: Please redact this felt email + fileat matter.]*

Georgie F. Canyon
4303 Kenwood Drive
Woodbridge, VA  22193
~~703-670-1845~~
~~571-205-0720~~
~~703-554-1870~~
~~[email redacted]~~

September 28, 2012

ATTENTION: Patty Schwartz
United States Magistrate Judge for the District of New Jersey
U. S. Post Office & Courthouse
Federal Square, P.O.Box 999
Newark, New Jersey 07101

I have been instructed by the McDaniel Law Firm/Juan Henao to send this information directly to you regarding the charge against me for Illegal Infringement/Century Media

I have never experienced anything like this before and therefore I am not sure of what will be the next steps. As I indicated in my letter, financially I cannot afford legal representation and I have never and would ever illegally download anything from the internet. I do not even know who the group is or any of their music. I have never heard of them.

Please contact me if you have any questions.

*Georgie Cuy* [signature]

OCT - 1 2012

