Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com
Local Counsel for ISP Subscriber (IP Address 24.23.36.165)


Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for ISP Subscriber (IP Address: 24.23.36.165)
*Pro Hac Vice Application Pending*


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br><br>        Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**NOTICE OF MOTION**<br><br>Magistrate Judge Patty Shwartz<br><br>Date: November 5, 2012<br>Courtroom: PO 10 |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT, on November 5, 2012, or as soon thereafter as the Court will order, the ISP subscriber associated with IP address 24.23.36.165 ("John Doe #213"), by and through undersigned attorneys will move this Honorable Court for an order allowing Movant to litigate anonymously pending the

outcome of his previously-filed Motion to Quash, Sever, and Dismiss. Your response hereto is due within the applicable time period provided by the Federal Rules of Civil Procedure or local rule.

October 8, 2012

> Respectfully Submitted,
>
> MAVRONICOLAS, MUELLER, & DEE, LLP.
>
> /s/ Peter Dee
> _____
> Peter C. Dee
> Mavronicolas Mueller & Dee LLP
> 950 Third Avenue, 10th Floor
> New York, New York 10022
> (T) 646.770.0024
> (F) 866.774.9005
> pdee@mavrolaw.com
> Counsel for Doe #213
>
> *and*
>
> Nicholas Ranallo, Attorney at Law
> 371 Dogwood Way,
> Boulder Creek, CA 95006
> (t) 831.703.4011
> (f) 831.533.5073
> nick@ranallolawoffice.com
> PHV Application Pending

Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, New York 10022
(T) 646.770.0024
(F) 866.774.9005
pdee@mavrolaw.com
Local Counsel for ISP Subscriber (IP Address 24.23.36.165)

Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for ISP Subscriber (IP Address: 24.23.36.165)
*Pro Hac Vice Application Pending*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD.<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944<br><br>      Defendants. | Case No. 2:12-cv-03868-FSH-PS<br><br>**MOTION TO PROCEED ANONYMOUSLY**<br><br>Magistrate Judge Patty Shwartz<br><br>Date: November 5, 2012<br>Courtroom: PO 10 |

**MOTION TO PROCEED ANONYMOUSLY**

COMES NOW, ISP subscriber associated with IP address 24.23.36.165 ("John Doe #213"), by and through undersigned counsel, and hereby moves this Honorable Court for an Order allowing Movant the limited ability to litigate anonymously pending the

outcome of his previously-filed Motion to Quash, Sever, and Dismiss (Docket No. 14). The grounds for the instant motion are more fully set forth in the attached Memorandum of Law in Support of Motion to Proceed Anonymously.

**WHEREFORE,** the Movant respectfully requests this court issue an order granting Movant's limited request.

Dated:  New York, New York

     October 8, 2012

                Respectfully Submitted,

                MAVRONICOLAS, MUELLER, & DEE, LLP.

                /s/ Peter Dee

                Peter C. Dee
                Mavronicolas Mueller & Dee LLP
                950 Third Avenue, 10th Floor
                New York, New York 10022
                (T) 646.770.0024
                (F) 866.774.9005
                pdee@mavrolaw.com
                Counsel for Doe #213

                *and*

                Nicholas Ranallo, Attorney at Law
                371 Dogwood Way,
                Boulder Creek, CA 95006
                (t) 831.703.4011
                (f) 831.533.5073
                nick@ranallolawoffice.com
                PHV Application Pending