UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| **CENTURY MEDIA LTD.,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 12-3868 (FSH) |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOES 1-944,** | : | |
| | : | ORDER |
| Defendants. | : | |
| | : | |

This matter having come before the Court by way of motion of Peter C. Dee, attorney for defendant John Doe #213, for the pro hac vice admission of Nicolas Ranallo;

and L. Civ. R. 10.1 requiring that the "initial pleading, motion, or other paper of any party filed in any cause other than criminal actions in this Court shall state in the first paragraph the street and post office address of each named party to the case";

and defendant John Doe #213 not having filed a submission containing the required identifying information nor has he been permitted to proceed anonymously;

and defendant John Doe #213 having filed a motion to proceed anonymously that is presently pending;

and because the motion to proceed anonymously has not been granted, the motion for pro hac vice admission being premature;

IT IS THEREFORE ON THIS 9th day of October, 2012

ORDERED that the motion for pro hac vice admission [ECF No. 23] is terminated without prejudice to the defendant's refiling of the present motion upon the filing of a pleading

that complies with L. Civ. R. 101.1 or an order permitting him to proceed anonymously be granted.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**
