<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA LTD., | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | Civil Case No. 12-3868 (FSH) (PS) |
| v. | **ORDER** |
| | Date: October 19, 2012 |
| JOHN DOE 1, | |
| Defendants. | |

This matter coming before the Court by way of motion of John Doe[1] to quash or modify the subpoena and to dismiss [Docket #27]; and

it appearing that L. Civ. R. 10.1 requires that the "initial pleading, motion, or other paper of any party filed in any cause other than criminal actions in this Court shall state in the first paragraph the street and post office address of each named party to the case"; and

it appearing that this John Doe has not filed a submission containing the requiring identifying information nor has he been permitted to proceed anonymously;

IT IS on this 19th day of October, 2012

ORDERED that this motion [Docket #27] is TERMINATED.

/s/ Faith S. Hochberg_____
Hon. Faith S. Hochberg, U.S.D.J.

---

[1] This John Doe has not identified himself by IP address or John Doe number, thus it is unclear if this defendant is John Doe 1, the only remaining defendant in this action pursuant to this Court's Order dated October 10, 2012.

1