RECEIVED
OCT 15 2012
BY MAIL

111 South 10th St
St. Louis, MO  63102

12-3868

October 10th, 2012

      To whom it may concern. I object to the court subpoena for charter to disclose my information, of any kind. My Charter Case Number is 12-3202 and my ID Number is 13.

RECEIVED
OCT 15 2012
BY MAIL

THE McDANIEL LAW FIRM, PC
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 (Facsimile)
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In the matter of<br><br>CENTURY MEDIA LTD.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-944, such persons being presently unknown participants and members of a joint enterprise, and SWARM # 4234C, a joint enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civ. Action. No. 2:12-cv-03868(FSH)(PS)<br><br>SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS |

TO:   Charter Communications
      12405 Powerscourt Drive
      St. Louis, Missouri 63131

**YOU ARE COMMANDED** to produce to The McDaniel Law Firm, PC, 54 Main Street, Hackensack, New Jersey 07601, the names and physical addresses only of the Internet account owners identified by the Internet Protocol addresses and date and time of use listed in the schedule attached hereto as **Exhibit A**.

The production shall be conducted according to the terms of the Order attached hereto as **Exhibit B**.

1

The provisions of Fed. R. Civ. P. 45(c), relating to your production as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

DATED: August 16, 2012

THE MCDANIEL LAW FIRM, P.C.

By: *Bonnie C. Park*

Bonnie C. Park, Esq.
*Attorneys for Plaintiff*

2

08/21/2012 12:20 2018453777 MCDANIEL DAM BIRD PG 12
Case 2:12-cv-03868-FSH-PS Document 34 Filed 10/23/12 Page 5 of 8 PageID: 358
Case 2:12-cv-03868-FSH-PS Document 8 Filed 07/20/12 Page 1 of 2 PageID: 270

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

CENTURY MEDIA LTD. :

    Plaintiff : Civil Action No. 12-3868 (FSH)

v. :

SWARM 4234C, et al. : ORDER

    Defendant :

This matter having come before the Court by way of plaintiff's motion to expedite discovery to permit plaintiff to serve subpoenas on internet service providers to obtain information about the identity of the person/entity to whom certain internet protocol addresses are assigned;

and the Court having considered the submission, the claims, and governing law;

and for the reasons set forth in the Opinion delivered on the record on July 18, 2011;[1]

and for good cause shown,

IT IS ON THIS 18th day of July, 2012

ORDERED the motion to expedite discovery to permit serving subpoenas on internet service providers to obtain information about the identity of the person/entity to whom the specific internet protocol addresses set forth on Schedule B to the Complaint are assigned [ECF No. 7] is granted. Service of the subpoenas shall comply with the Federal Rules of Civil Procedure. Information obtained from the internet service providers shall only be used for the purpose of this litigation and the plaintiff shall provide copies of the responsive information

---

[1] A transcript of the Opinion may be obtained by contacting King Transcription Service at 973-237-6080.

**EXHIBIT B**

08/21/2012 12:26 2016455717 ACIPHEL 10/03FIRM PG Case 2:12-cv-03868-FSH-PS Document 34 Filed 10/23/12 Page 6 of 8 PageID: 559 PAGE 13

Case 2:12-cv-03868-FSH-PS   Document 8   Filed 07/20/12   Page 2 of 2 PageID: 271

concerning the specific defendant who enters an appearance in this case;[2]

IT IS FURTHER ORDERED that the plaintiff shall present subpoenas issued from this Court for its review and "So Ordered" endorsement if same is requested by the internet service provider;

IT IS FURTHER ORDERED that the request that this Court enter orders concerning the costs or to compel an internet service provider to comply before the subpoenas are served is denied;

IT IS FURTHER ORDERED that nothing herein constitutes a ruling concerning whether joinder of multiple defendants or venue is appropriate or if personal jurisdiction exists over any defendant who may be named in this case; and

IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this Order upon the internet service providers.

<pre>
                              s/Patty Shwartz
                       UNITED STATES MAGISTRATE JUDGE
</pre>

---

[2]If the plaintiff files an Amended Complaint to substitute a John Doe defendant with the proper name of a defendant, then it shall ensure it has a factual basis for the assertion that such defendant engaged in the alleged acts. By permitting this discovery, the Court is not necessarily finding that plaintiff may rely soley on the fact that the person identified as the subscriber associated with the internet protocol address to prove that such person engaged in the acts set forth in the Complaint.

**EXHIBIT B**

## United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

October 16, 2012

William T. Walsh
Clerk of Court
50 Walnut Street
Newark, NJ 07101

RE:       Century Media LTD. v. John Does 1 - 944
Case #    2:12-CV-03868 (FSH)

Dear :

In accordance with the directive of the Honorable Frederick R. Buckles, the enclosed documents are being forwarded to you because it was mistakenly mailed to the Eastern District of Missouri.

Sincerely,
JAMES G. WOODWARD, CLERK

By:    /s/N. LaNasa
       N. LaNasa
       Deputy Clerk

Enclosure(s)