**THE MCDANIEL LAW FIRM, PC**
54 Main Street
Hackensack, New Jersey 07601
(201) 845-3232
(201) 845-3777 - facsimile
*Attorneys for Plaintiff*
*CENTURY MEDIA, LTD.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY MEDIA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SWARM #4234C, a joint enterprise, and JOHN DOES 1-944 such persons being presently unknown participants and members of the joint enterprise, <br><br> Defendants. | Civ. Action. No. 2:12-cv-3868(FSH)(PS) <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING DEFENDANTS WITHOUT PREJUDICE** |

Plaintiff **CENTURY MEDIA, LTD.**, by its undersigned attorney, hereby voluntarily dismisses, without prejudice, the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) as to all defendants remaining in the case. No answer or motion for summary judgment has been served in this action by any defendant.

DATED: February 27, 2013        **THE MCDANIEL LAW FIRM, P.C.**

                              By: _____
                                   Jay R. McDaniel, Esq.

DATED:

                              _____
                              Hon. Faith S. Hochberg, U.S.D.J.